IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BARBARA LEE BARRETT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. CIV-10-1077-L |

## **O R D E R**

On October 4, 2010, Magistrate Judge Gary M. Purcell entered his Report and Recommendation in this action brought by plaintiff for judicial review pursuant to 42 U.S.C. §405(g) of the defendant Commissioner's final decision denying plaintiff's application for disability insurance benefits. The Magistrate Judge recommended that the motion for leave to proceed *in forma pauperis* be denied and the action be dismissed without prejudice "unless Plaintiff amends the application for further review or pays the full filing fee to the Clerk of the Court by October 22nd, 2010."

The court file reflects that plaintiff did not file an objection to the Report and Recommendation, nor did she amend the application for further review or pay the full filing fee by the deadline set forth by the Magistrate Judge.

Accordingly, the October 4, 2010 Report and Recommendation is hereby adopted. Plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED** and this action is **DISMISSED WITHOUT PREJUDICE.**

It is so ordered this 27th day of October, 2010.

*Tim Leonard*
TIM LEONARD
United States District Judge